# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0673**

The person charged as __LOPEZ-Mancillas, Clemente__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __Arkansas__ on __01/04/06__ with: __Title 21 USC 841(a)(1)__ in violation of:

**Conspiracy to PWID and Distribution of Meth**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __03/05/08__

Steve Chaco
CI -Deputy United States Marshal

Reviewed and Approved

DATE: 3/5/08

Assistant United States Attorney

AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| **CLEMENTE LOPEZ-MANCILLAS** | Case Number: 4:05CR00320-02 JMM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **CLEMENTE LOPEZ-MANCILLAS**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

**Consp. to PWID and distr. meth**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1); 846**

| JAMES W. McCORMACK | *signature* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, EASTERN DISTRICT OF ARKANSAS | January 4, 2006 at Little Rock, Arkansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 0 3 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   4:05CR00320 GTE |
| v. ) | |
| ) | |
| JOSE L. SANDOVAL ) | |
| CLEMENTE LOPEZ-MANCILLAS ) | 18 U.S.C. § 2 |
|     aka "CHEWY" ) | 18 U.S.C. § 924(c)(1)(A) |
| JESUS NUNEZ-GARCIA, ) | 21 U.S.C. § 841(a)(1) |
| ENRIQUE REYES-CASTANADA, ) | 21 U.S.C. § 841(b)(1)(A), (B), (C) |
| JOHN DOE aka JESUS BARAJAS-LAGUNA ) | 21 U.S.C. § 846 |
| HEATHER SANDOVAL, ) | |
| JAMES BRANSCUM, ) | |
| BENJAMIN SMITH, ) | |
| RICHARD SUDDARTH, ) | |
| THERESA SUDDARTH, ) | |
| JESSICA JOHNSON, and ) | |
| TROY HEFLIN. ) | |

### MOTION TO SEAL SUPERSEDING INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests that the above-styled superseding indictment be sealed until the defendants are in custody or have been released pending trial.

H.E. (BUD) CUMMINS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF ARKANSAS

*Anne E. Gardner*
By ANNE E. GARDNER
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
501-340-2600

### ORDER

Pursuant to the above request, the superseding indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 0 3 2006
JAMES W. McCORMACK, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:05CR00320 |
| ) | |
| v. ) | |
| ) | |
| JOSE L. SANDOVAL ) | |
| CLEMENTE LOPEZ-MANCILLAS ) | 18 U.S.C. § 2 |
| aka "CHEWY" ) | 18 U.S.C. § 924(c)(1)(A) |
| JESUS NUNEZ-GARCIA, ) | 21 U.S.C. § 841(a)(1) |
| ENRIQUE REYES-CASTANADA, ) | 21 U.S.C. § 841(b)(1)(A), (B), (C) |
| JOHN DOE aka JESUS BARAJAS-LAGUNA ) | 21 U.S.C. § 846 |
| HEATHER SANDOVAL, ) | |
| JAMES BRANSCUM, ) | |
| BENJAMIN SMITH, ) | |
| RICHARD SUDDARTH, ) | |
| THERESA SUDDARTH, ) | |
| JESSICA JOHNSON, and ) | |
| TROY HEFLIN. ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about January, 2004, and continuing thereafter through on or about November 20, 2005, in the Eastern District of Arkansas and elsewhere,

JOSE L. SANDOVAL,
CLEMENTE LOPEZ-MANCILLAS aka "CHEWY,"
JESUS NUNEZ-GARCIA,
ENRIQUE REYES-CASTANADA,
JOHN DOE aka JESUS BARAJAS-LAGUNA
HEATHER SANDOVAL,
JAMES BRANSCUM,
BENJAMIN SMITH,
RICHARD SUDDARTH,
THERESA SUDDARTH,
JESSICA JOHNSON, and
TROY HEFLIN,

knowingly and intentionally conspired with each other and with other persons known and unknown to the grand jury to possess with intent to distribute and to distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, sections 841(a)(1), (b)(1)(A) and 846.

## COUNT 2

On or about January 20, 2005, in the Eastern District of Arkansas,

### TROY HEFLIN

knowingly and intentionally possessed equipment, chemicals, products, and materials that may be used to manufacture a controlled substance (methamphetamine), knowing, intending, and having reasonable cause to believe that such items will be used to manufacture a controlled substance, thereby violating Title 21, United States Code, sections 843(a)(6) and (d)(2).

## COUNT 3

On or about January 27, 2005, in the Eastern District of Arkansas,

### JESSICA JOHNSTON

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about January 27, 2005, in the Eastern District of Arkansas,

### JOHN DOE aka JESUS BARAJAS-LAGUNA

knowingly and intentionally distributed less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about January 28, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about February 3, 2005, in the Eastern District of Arkansas,

JOHN DOE aka JESUS BARAJAS-LAGUNA

knowingly and intentionally possessed with intent to distribute less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about March 1, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about March 9, 2005, in the Eastern District of Arkansas,

JOHN DOE aka JESUS BARAJAS-LAGUNA

knowingly and intentionally possessed with intent to distribute less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United

States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about March 9, 2005, in the Eastern District of Arkansas,

### HEATHER SANDOVAL

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about March 9, 2005, in the Eastern District of Arkansas,

### JAMES BRANSCUM and
### BENJAMIN SMITH

aiding and abetting one another, knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, section 2.

## COUNT 11

On or about May 12, 2005, in the Eastern District of Arkansas,

### ENRIQUE REYES-CASTANADA

knowingly and intentionally distributed less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about May 20, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally distributed less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13

On or about June 24, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

On or about July 14, 2005, in the Eastern District of Arkansas,

RICHARD SUDDARTH and
THERESA SUDDARTH

aiding and abetting one another, knowingly and intentionally possessed with intent to distribute at least 5 grams but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, section 2.

## COUNT 15

On or about August 8, 2005, in the Eastern District of Arkansas,

ENRIQUE REYES-CASTANADA

knowingly and intentionally distributed less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States

Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 16

On or about August 11, 2005, in the Eastern District of Arkansas,

### ENRIQUE REYES-CASTANADA

knowingly and intentionally distributed less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 17

On or about August 18, 2005, in the Eastern District of Arkansas,

### JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 18

On or about August 24, 2005, in the Eastern District of Arkansas,

### ENRIQUE REYES-CASTANADA

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 19

On or about September 6, 2005, in the Eastern District of Arkansas,

### JAMES BRANSCUM

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or

substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 20

On or about September 15, 2005, in the Eastern District of Arkansas,

### JAMES BRANSCUM

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 21

On or about September 21, 2005, in the Eastern District of Arkansas,

### JOSE L. SANDOVAL

knowingly and intentionally distributed less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 22

On or about September 28, 2005, in the Eastern District of Arkansas,

### JESUS NUNEZ-GARCIA

in furtherance of a drug trafficking crime as charged in Count 1 of the Indictment, knowingly and intentionally possessed the following firearm, to wit: one Ruger P-94, .40 caliber semiautomatic hand gun, serial number 34138827, in violation of Title 18, United States Code, section 924(c)(1)(A)(i).

## COUNT 23

On or about October 5, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally distributed less than 5 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

## COUNT 24

On or about October 19, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally distributed at least 5 grams but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(B).

## COUNT 25

On or about November 19, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and (b)(1)(A).

## COUNT 26

On or about November 20, 2005, in the Eastern District of Arkansas,

JOSE L. SANDOVAL

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1) and (b)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 22 of this Indictment, JESUS NUNEZ-GARCIA shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, one Ruger P-94, .40 caliber semiautomatic hand gun, serial number 34138827.

[END OF TEXT: SIGNATURE PAGE ATTACHED]