Minutes of the United States District Court
Southern District of California
**MARCH 18, 2008**

HON. **CATHY ANN BENCIVENGO**    DEPUTY CLERK: **L. HERNANDEZ**

---

|  | TAPE NO. CAB08-10:08-10:31 |

```
08MJ0673-CAB        USA        vs.    CLEMENTE LOPEZ-MANCILLAS (1)(C)I  07769298

REMOVAL & IDENTITY/                   KENNETH McMULLAN, CJA
DETENTION HEARINGS
                                      AUSA: FRED SHEPPARD
```

---

FINANCIAL AFFIDAVIT SUBMITTED TO THE COURT.
COURT CONFIRMS THE APPOINTMENT OF ATTORNEY KENNETH McMULLAN.

REMOVAL & IDENTITY HEARING HELD.
DEPUTY US MARSHAL, STEVEN CHACO CALLED/SWORN/TESTIFIED.
EXHIBITS MARKED/RECEIVED.
COURT FINDS DFT TO BE CLEMENTE LOPEZ-MANCILLAS.
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF ARKANSAS (LITTLE ROCK);
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.

DETENTION HRG HELD.
[-1] MOTION TO DETAIN - GRANTED
COURT ORDERS DFT DETAINED PENDING TRIAL WITHOUT PREJUDICE; ORDER FILED.