RECEIVED
MAIL ROOM
MAR 2 8 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
MAR 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

4:05CR00320-02
JMM

RECEIVED
MAR 28 2008
CRIMINAL DOCKETING
EASTERN DISTRICT OF ARKANSAS

March 24, 2008

Clerk, U.S. District Court
A149 Richard Sheppard Arnold United States Courthouse
300 West Capitol Avenue
Little Rock, AR 72201

Re:   08mj673, USA v. Clemente Lopez-Mancillas

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
K. Hammerly, Deputy Clerk